UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ-4745

In Re:
Keith Kloza

**Order Filed on August 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-11477

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 1, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __March 24, 2022__:

Property:     5 Wadsworth Street Wallington NJ 07057

Creditor:     PNC Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including _____October 24, 2022_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*