RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  KEITH KLOZA  
5 WADSWORTH STREET  
WALLINGTON,  NJ  07057

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-11477

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,000.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/23/2022 | $500.00 | 8357494000 | 04/12/2022 | $500.00 | 8398909000 |
| 05/23/2022 | $500.00 | 8478973000 | 06/20/2022 | $500.00 | 8536278000 |
| 07/15/2022 | $500.00 | 8590443000 | 08/19/2022 | $500.00 | 8657885000 |
| 09/16/2022 | $500.00 | 8711361000 | 10/14/2022 | $500.00 | 8767196000 |
| 11/18/2022 | $500.00 | 8834832000 | 12/19/2022 | $500.00 | 8887559000 |
| 01/13/2023 | $500.00 | 8938062000 | | | |

**Total Receipts: $5,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 232.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 4,322.50 | 427.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0002 | CITI/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | GREATER ALLIANCE FEDERAL CREDIT U | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | HACKENSACK UNIVERSITY MEDICAL CE | UNSECURED | 1,112.24 | * | 0.00 | |
| 0011 | LVNV FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0013 | REGIONAL ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 22-11477**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0014 | LVNV FUNDING LLC | UNSECURED | 1,033.80 | * | 0.00 | |
| 0015 | SHELL CARD/CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WALLINGTON TAX COLLECTOR | SECURED | 0.00 | 100.00% | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 762.10 | * | 0.00 | |
| 0022 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 72.90 | * | 0.00 | |
| 0023 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 72.90 | * | 0.00 | |
| 0024 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 51.82 | * | 0.00 | |
| 0025 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 124.72 | * | 0.00 | |
| 0026 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 124.72 | * | 0.00 | |
| 0027 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 85.56 | * | 0.00 | |
| 0028 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 505.26 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 505.26 | * | 0.00 | |
| 0030 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 85.56 | * | 0.00 | |
| 0031 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 85.56 | * | 0.00 | |
| 0032 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 164.83 | * | 0.00 | |
| 0033 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 51.82 | * | 0.00 | |
| 0034 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 164.63 | * | 0.00 | |
| 0035 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 124.72 | * | 0.00 | |
| 0036 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 51.82 | * | 0.00 | |
| 0037 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 267.35 | * | 0.00 | |
| 0038 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 396.82 | * | 0.00 | |
| 0039 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 85.56 | * | 0.00 | |
| 0040 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 130.89 | * | 0.00 | |
| 0041 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 164.63 | * | 0.00 | |
| 0042 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 130.89 | * | 0.00 | |
| 0043 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 505.26 | * | 0.00 | |
| 0044 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 392.82 | * | 0.00 | |
| 0045 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 98.94 | * | 0.00 | |
| 0046 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 775.00 | * | 0.00 | |
| 0047 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 381.49 | * | 0.00 | |
| 0048 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 130.89 | * | 0.00 | |
| 0049 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 130.89 | * | 0.00 | |
| 0050 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 392.82 | * | 0.00 | |
| 0051 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 1,803.36 | * | 0.00 | |
| 0052 | CORPUS CHRISTI SCHOOL | UNSECURED | 4,120.50 | * | 0.00 | |
| 0053 | ALLIANT CAPITAL MANAGEMENT HDH | UNSECURED | 1,063.95 | * | 0.00 | |

**Total Paid: $4,555.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $5,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $4,555.00    =    Funds on Hand: $945.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.