Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11477−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith Kloza
   5 Wadsworth Street
   Wallington, NJ 07057

Social Security No.:
   xxx−xx−3308

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/23 at 10:00 AM

to consider and act upon the following:

*29* – Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Keith Kloza. Objection deadline is 1/27/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*30* – Objection to (related document:29 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Keith Kloza. Objection deadline is 1/27/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Keith Kloza) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

Dated: 1/30/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court