Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−11477−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith Kloza
   5 Wadsworth Street
   Wallington, NJ 07057

Social Security No.:
   xxx−xx−3308

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/23 at 10:00 AM

to consider and act upon the following:

*29* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Keith Kloza. Objection deadline is 1/27/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*30* − Objection to (related document:29 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Keith Kloza. Objection deadline is 1/27/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Keith Kloza) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

Dated: 1/30/23

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 22-11477-VFP
Keith Kloza                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 2
Date Rcvd: Jan 30, 2023                     Form ID: ntchrgbk                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith Kloza, 5 Wadsworth Street, Wallington, NJ 07057-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2023 20:50:14 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Please refer to IDNTFI Certification Statement dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: ntchrgbk | Total Noticed: 2 |

Russell L. Low
        on behalf of Debtor Keith Kloza ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5