Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−11477−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Keith Kloza
    5 Wadsworth Street
    Wallington, NJ 07057

Social Security No.:
    xxx−xx−3308

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 24, 2023
JAN: rah

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Keith Kloza  
    Debtor

Case No. 22-11477-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: May 24, 2023     Form ID: 148     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith Kloza, 5 Wadsworth Street, Wallington, NJ 07057-2216 |
| 519515788 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 519515787 | + | Celentano, Stadtmauer & Walentowicz,LLP, 1035 Route 46 East, Suite B208, P.O Box 2594, Clifton, NJ 07015-2594 |
| 519573326 | + | Corpus Christi School, Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 519515790 | + | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 519567026 | + | Hackensack University Medical Center, c/o Celentano, Stadtmauer & Walentowicz, 1035 Route 46 East Suite 208B, PO Box 2594, Clifton, NJ 07015-2594 |
| 519515793 | + | Hackensack University Medical Group, P.O Box 48339, Newark, NJ 07101-8539 |
| 519515796 | + | LVNV Funding, LLC, PO Box 98878, Las Vegas, NV 89193-8878 |
| 519515804 | + | Wallington Tax Collector, 24 Union Blvd., Wallington, NJ 07057-1219 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | May 25 2023 00:50:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519515785 | + | EDI: GMACFS.COM | May 25 2023 00:50:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519575973 | + | Email/Text: bncmail@w-legal.com | May 24 2023 20:59:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 519518964 | + | EDI: AISACG.COM | May 25 2023 00:50:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519551557 | + | EDI: AISACG.COM | May 25 2023 00:50:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519515789 | + | EDI: CITICORP.COM | May 25 2023 00:50:00 | CITIBANK/SEARS, ATTN: BNAKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519515786 | + | Email/Text: bankruptcy@cavps.com | May 24 2023 20:59:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519515791 | + | EDI: DISCOVER.COM | May 25 2023 00:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |

Case 22-11477-VFP    Doc 46    Filed 05/26/23    Entered 05/27/23 00:18:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519515792 | + | Email/Text: csocha@greateralliance.org | May 24 2023 21:00:00 | GREATER ALLIANCE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 40 WEST CENTURY ROAD, PARAMUS, NJ 07652-1454 |
| 519515795 | ^ | MEBN | May 24 2023 20:58:20 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519520968 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519520723 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:30 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519576395 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 20:59:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519515797 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 20:59:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519573325 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 24 2023 20:59:00 | Philip A. Kahn, Esq., c/o Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519515798 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 24 2023 21:13:19 | REGIONAL ACCEPTANCE CORPORATION, ATTN: BANKRUPTCY, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 519515799 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:53 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 519515802 | + | EDI: CITICORP.COM | May 25 2023 00:50:00 | SHELL CARD/CITI, ATTN: BANKRUPTCY, PO BOX 6406, SIOUX FALLS, SD 57117-6406 |
| 519515801 | + | Email/Text: bk-notification@sps-law.com | May 24 2023 20:58:00 | Schachter Portnoy LLC, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519515803 | + | Email/Text: bncnotices@stengerlaw.com | May 24 2023 20:59:00 | Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519515794 | *+ | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 519515800 | *+ | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2023    Signature:    /s/Gustava Winters

Case 22-11477-VFP    Doc 46    Filed 05/26/23    Entered 05/27/23 00:18:03    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: 148 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Please refer to IDNTFI Certification Statement dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Keith Kloza ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5